UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAURICE CARTER,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT R. JONES, et al.<br><br>        Defendants. | No. 2:16-cv-1960 AC P<br><br><br><br>ORDER |

Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  There are two problems with plaintiff's filings.

First, plaintiff has not filed a certified copy of his institutional trust account statement for the six-month period immediately preceding the filing of his complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a newly completed in forma pauperis application that includes a certified copy of his institutional trust account statement.

Second, plaintiff's current place of incarceration is not clear.  The complaint states that plaintiff is detained in the Sacramento County Jail; the in forma pauperis application states that plaintiff is incarcerated at Napa State Hospital.  The institution where plaintiff is currently incarcerated must provide him with a certified copy of his institutional trust account statement.  Further, the Local Rules of this court require that plaintiff keep the court informed of his current

address at all times; failure to do so may result in the dismissal of this action without prejudice. <u>See</u> Local Rules 182(f),183(b).

  In accordance with the above, IT IS HEREBY ORDERED that:

  1. Plaintiff shall, within thirty days from the filing date of this order, submit a newly completed in forma pauperis application that includes a certified copy of his prison trust account statement for the six-month period preceding the filing of his complaint.

  2. Plaintiff shall, within thirty days from the filing date of this order, inform the court of his current address.

  3. The Clerk of Court is directed to send plaintiff, together with a copy of this order, a blank in forma pauperis application used by prisoners in this district.

  4. Failure to fully comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 6, 2016

            _____
            ALLISON CLAIRE
            UNITED STATES MAGISTRATE JUDGE