UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAURICE CARTER, | No. 2:16-cv-1960 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, Sheriff, et al, | |
| Defendants. | |

Plaintiff has been proceeding in this case pro se and in forma pauperis. The matter was referred to the undersigned magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with the court's Local Rules, which require that a party appearing in propria persona inform the court of any address change within sixty-three days. E.D. Cal. R. ("Local Rule") 183(b). More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

Moreover, this matter was set for a Status (Pretrial Scheduling) Conference on April 26, 2017. See ECF No. 11. However, no status reports have been filed, and the docket does not

////

////

1

show that any defendants have been served, or that plaintiff has taken any action in this case for months.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for April 26, 2017 is VACATED;

2. Plaintiff is Ordered to Show Cause, in writing no later than May 3, 2017, why this action should not be dismissed for failure to prosecute; and

3. Plaintiff is cautioned that failure to comply with this order may result in recommendation that this action be dismissed.

DATED: April 21, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE