UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAURICE CARTER, | No. 2:16-cv-1960 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, et al. | |
| Defendants. | |

Plaintiff, a former detainee in the Sacramento County Jail, proceeds pro se and in forma pauperis with this civil rights case filed under 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 13.

By order filed April 24, 2017, plaintiff was directed to show cause in writing, on or before May 3, 2017, why this action should not be dismissed for failure to prosecute. See ECF No. 15. That deadline has passed, and plaintiff has not responded to the court's order. It appears that plaintiff, who is no longer incarcerated, has abandoned this case.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to close this case.

DATED: May 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE